**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.J. BRADLEY MORTGAGE CAPITAL, LLC, *et.al.*,<br>*Debtors*. | Chapter 7<br><br>Case No. 16-11049 (BLS)<br><br>Jointly Administered |
| GEORGE L. MILLER, Chapter 7 Trustee for the jointly administered Chapter 7 bankruptcy estates of W.J. Bradley Company Merchant Partners 2003-SEED, LLC, W.J. Bradley Mortgage Capital, LLC, W.J. Bradley Corporate Services, LLC, W.J. Bradley Financial Services, LLC, and WJB Mortgage Services, LLC,<br><br>*Plaintiff*,<br>v.<br><br>WILLIAM J. BRADLEY, JOSEPH A. CAMBI, ARTHUR S. DEMOULAS, GERARD LEVINS, AUDREY KIRDAR, DANIEL BARUCH, HOWARD MICHALSKI, ASD MERCHANT PARTNERS LLC, SPRINGFIELD CAPITAL, LLC, ARTHUR S. DEMOULAS CONTINUATION TRUST, ARTHUR S. DEMOULAS 2012 TRUST, and PETER PICKNELLY,<br><br>*Defendants*. | Adv. Pro. No. 18-50385 (BLS) |

**REVISED SCHEDULING ORDER**

The parties having jointly agreed and stipulated that some additional time is reasonably needed to complete fact discovery, including depositions, in this matter,

IT IS ORDERED that:

1. Discovery.

a. Discovery Cut-Off. Fact discovery must be completed on or before **February 1, 2023**. The Court encourages the parties to serve and respond to contention interrogatories early in

the case. Unless otherwise ordered by the Court, the requirements concerning discovery and discovery motions that are set forth in Del. Bankr.L.R. 7026-1 shall be strictly observed.

      b. <u>Disclosure of Expert Testimony</u>. Unless otherwise ordered or agreed to by the parties, they shall file their initial Bankruptcy Rule 7026(a)(2) disclosures of expert testimony on or before **March 1, 2023**; and they shall file a supplemental disclosure to contradict or rebut evidence on the same subject matter identified by another party by **April 1, 2023**. All expert discovery shall be completed, and expert discovery shall close, by no later than **May 1, 2023**.

      c. <u>Discovery Disputes</u>. Del. Bankr.L.R. 9013-1(b) notwithstanding, please do not file discovery motions unless the Court requests briefing. Should counsel find they are unable to resolve a discovery dispute, the party seeking the relief shall contact chambers to schedule a telephone conference or to otherwise seek instruction from the Court with respect to the preferred means to put the dispute before the Court. The Court will accept and encourages telephone calls during depositions in an attempt to resolve disputes arising in the course of the deposition without delay or the need for extensive briefing.

    2. <u>Application to Court for Protective Order</u>. The parties have submitted, and the Court has approved, a protective order for the disclosure of confidential information.

    3. <u>Papers Filed Under Seal</u>. When filing papers under seal, counsel should deliver to Chambers an original and one copy of the papers.

    4. <u>Summary Judgment Motions</u>. All summary judgment motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before **June 1, 2023**. Briefing will be presented pursuant to Del. Bankr.L.R. 7007-1, except that responsive briefs shall be served and filed on or before **July 7, 2023**, with reply briefs due to be served and filed on or before **August 7, 2023**.

999450.1

5.  <u>Applications by Motion</u>. Except as otherwise specified herein, any application to the Court shall be by written motion filed with the Clerk. Any non-dispositive motion should contain the statement required by District Court Local Rule 7.1.1.

6.  <u>Trial</u>. Within thirty (30) days of the disposition of summary judgment motions or, if no such motions are filed, within thirty (30) days of **June 1, 2023**, the parties with the assistance of the Court, will request that the District Court set a trial date.

**Dated: August 23rd, 2022**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE