# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| W.J. BRADLEY MORTGAGE CAPITAL, LLC, *et.al.*, | Case No. 16-11049 (BLS) |
| *Debtors*. | Jointly Administered |
| GEORGE L. MILLER, Chapter 7 Trustee for the jointly administered Chapter 7 bankruptcy estates of W.J. Bradley Company Merchant Partners 2003-SEED, LLC, W.J. Bradley Mortgage Capital, LLC, W.J. Bradley Corporate Services, LLC, W.J. Bradley Financial Services, LLC, and WJB Mortgage Services, LLC, | Adv. Pro. No. 18-50385 (BLS) |
| *Plaintiff*, v. | |
| WILLIAM J. BRADLEY, JOSEPH A. CAMBI, ARTHUR S. DEMOULAS, GERARD LEVINS, AUDREY KIRDAR, DANIEL BARUCH, HOWARD MICHALSKI, ASD MERCHANT PARTNERS LLC, SPRINGFIELD CAPITAL, LLC, ARTHUR S. DEMOULAS CONTINUATION TRUST, ARTHUR S. DEMOULAS 2012 TRUST, and PETER PICKNELLY, | RE: Adv. D.I. 95, 119, 122, 125, 127, 134 and 146 |
| *Defendants*. | |

## CERTIFICATION OF COUNSEL REGARDING
## REVISED SCHEDULING ORDER

The undersigned certifies as follows:

1. On February 26, 2020, the Chapter 7 Trustee George L. Miller (the "Trustee") and Defendants Arthur S. Demoulas, ASD Merchant Partners LLC, Arthur S. Demoulas Continuation Trust and Arthur S. Demoulas 2012 Trust (collectively, the "Demoulas Defendants" and together

999452.2

with the Trustee, the "Parties"), filed a Certification of Counsel Submitting Scheduling Order [Adv. D.I. 93], regarding certain non-settled claims against the Demoulas Defendants.

2. On February 26, 2020, the Court entered the Scheduling Order [Adv. D.I. 95].

3. On September 25, 2020, the Trustee filed the Certification of Counsel Submitting Revised Scheduling Order [Adv. D.I. 117].

4. On September 25, 2020, the Court entered the Revised Scheduling Order [Adv. D.I. 119].

5. On January 4, 2021, the Trustee filed the Certification of Counsel Submitting Revised Scheduling Order [Adv. D.I. 121].

6. On January 4, 2021, the Court entered the Revised Scheduling Order [Adv. D.I. 122].

7. On July 1, 2021, the Trustee filed the Certification of Counsel Submitting Revised Scheduling Order [Adv. D.I. 124].

8. On July 1, 2021 the Court entered the Revised Scheduling Order [Adv. D.I. 125].

9. On December 21, 2021, the Trustee filed the Certification of Counsel Submitting Revised Scheduling Order [Adv. D.I. 126].

10. On December 27, 2021 the Court entered the Revised Scheduling Order [Adv. D.I. 127].

11. On February 15, 2022, the DeMoulas Defendants filed the Notice of Withdrawal of Counsel [Adv. D.I. 130] and motions for *pro hac vice* admission of Messrs. Matsko and Marino [Adv. D.I. 128 and 129, respectively], which motions were granted by the Court.

12. On March 7, 2022 the Trustee filed the Certification of Counsel Submitting Revised Scheduling Order [Adv. D.I. 133]

13. On March 8, 2022 the Court entered the Revised Scheduling Order [Adv. D.I. 134]

14. On August 22, 2022, Counsel for the DeMoulas Defendants filed the Certification of Counsel Submitting Revised Scheduling Order [Adv. D.I. 145]

15. On August 23, 2022 the Court entered the Revised Scheduling Order [Adv. D.I. 146]

16. the Demoulas Defendants and the Trustee have agreed that some additional time is reasonably needed to complete fact discovery in this matter and have agreed to the proposed Revised Scheduling Order attached hereto as <u>Exhibit A</u>.

Respectfully submitted,

Dated: December 22, 2022

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

<u>*/s/ Michael S. Neiburg*</u>
Michael S. Neiburg (No. 5275)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Email: mneiburg@ycst.com

-and-

**DAVIS, MALM & D'AGOSTINE, P.C.**

Christopher J. Marino (admitted *pro hac vice*)
Gary S. Matsko (admitted *pro hac vice*)
One Boston Place
Boston, MA 02108
Telephone: (617) 367-2500
Email: cmarino@davismalm.com
gmatsko@davismalm.com

*Counsel for Arthur S. DeMoulas, ASD Merchant Partners LLC, Arthur S. DeMoulas Continuation Trust, and Arthur S. DeMoulas 2012 Trust*

999452.2

## Exhibit A

**Proposed Revised Scheduling Order**

999452.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.J. BRADLEY MORTGAGE CAPITAL, LLC, *et.al.*,<br>                      *Debtors*. | Chapter 7<br><br>Case No. 16-11049 (BLS)<br><br>Jointly Administered |
| GEORGE L. MILLER, Chapter 7 Trustee for the jointly administered Chapter 7 bankruptcy estates of W.J. Bradley Company Merchant Partners 2003-SEED, LLC, W.J. Bradley Mortgage Capital, LLC, W.J. Bradley Corporate Services, LLC, W.J. Bradley Financial Services, LLC, and WJB Mortgage Services, LLC,<br><br>                      *Plaintiff*,<br>      v.<br><br>WILLIAM J. BRADLEY, JOSEPH A. CAMBI, ARTHUR S. DEMOULAS, GERARD LEVINS, AUDREY KIRDAR, DANIEL BARUCH, HOWARD MICHALSKI, ASD MERCHANT PARTNERS LLC, SPRINGFIELD CAPITAL, LLC, ARTHUR S. DEMOULAS CONTINUATION TRUST, ARTHUR S. DEMOULAS 2012 TRUST, and PETER PICKNELLY,<br><br>                      *Defendants*. | Adv. Pro. No. 18-50385 (BLS) |

## **REVISED SCHEDULING ORDER**

The parties having jointly agreed and stipulated that some additional time is reasonably needed to complete fact discovery, including depositions, in this matter,

IT IS ORDERED that:

1. <u>Discovery</u>.

    a. <u>Discovery Cut-Off.</u>  Fact discovery must be completed on or before **April 28, 2023**. The Court encourages the parties to serve and respond to contention interrogatories early in

1008651.1

the case.  Unless otherwise ordered by the Court, the requirements concerning discovery and discovery motions that are set forth in Del. Bankr.L.R. 7026-1 shall be strictly observed.

        b. <u>Disclosure of Expert Testimony</u>. Unless otherwise ordered or agreed to by the parties, they shall file their initial Bankruptcy Rule 7026(a)(2) disclosures of expert testimony on or before **June 2, 2023**; and they shall file a supplemental disclosure to contradict or rebut evidence on the same subject matter identified by another party by **July 7, 2023**.  All expert discovery shall be completed, and expert discovery shall close, by no later than **August 4, 2023**.

        c. <u>Discovery Disputes</u>. Del. Bankr.L.R. 9013-1(b) notwithstanding, please do not file discovery motions unless the Court requests briefing.  Should counsel find they are unable to resolve a discovery dispute, the party seeking the relief shall contact chambers to schedule a telephone conference or to otherwise seek instruction from the Court with respect to the preferred means to put the dispute before the Court.  The Court will accept and encourages telephone calls during depositions in an attempt to resolve disputes arising in the course of the deposition without delay or the need for extensive briefing.

    2.    <u>Application to Court for Protective Order</u>. The parties have submitted, and the Court has approved, a protective order for the disclosure of confidential information.

    3.    <u>Papers Filed Under Seal</u>. When filing papers under seal, counsel should deliver to Chambers an original and one copy of the papers.

    4.    <u>Summary Judgment Motions</u>. All summary judgment motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before **September 15, 2023**.  Briefing will be presented pursuant to Del. Bankr.L.R. 7007-1, except that responsive briefs shall be served and filed on or before **October 20, 2023**, with reply briefs due to be served and filed on or before **November 17, 2023**.

5. <u>Applications by Motion</u>. Except as otherwise specified herein, any application to the Court shall be by written motion filed with the Clerk. Any non-dispositive motion should contain the statement required by District Court Local Rule 7.1.1.

6. <u>Trial</u>. Within thirty (30) days of the disposition of summary judgment motions or, if no such motions are filed, within thirty (30) days of **September 15, 2023**, the parties with the assistance of the Court, will request that the District Court set a trial date.